**Order entered August 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00557-CV

### CHARLES ANTHONY ALLEN SR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

The clerk's record is overdue. Because it appears appellant's affidavit of indigence was not contested, we **ORDER** Dallas County District Clerk Felicia Pitre to file the clerk's record no later than August 31, 2015. *See* TEX. R. APP. P. 35.3(a).


/s/     CRAIG STODDART
JUSTICE